JS6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LUIS FERNANDO HERNANDEZ URIAS,

           Petitioner,

v.

TODD M. LYONS, et al.,

           Respondents.

No. 5:26-cv-02697-JAK (MAR)

**JUDGMENT AND PERMANENT INJUNCTION**

1

Pursuant to the June 4, 2026 Magistrate Judge's Recommendation and Report and June 10, 2026 Order Accepting Magistrate Judge's Recommendation and Report, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The May 19, 2026 Petition for Writ of Habeas Corpus is **GRANTED**, and **JUDGMENT** is entered in favor of Luis Fernando Hernandez Urias ("Petitioner").

2. Respondents are **ORDERED** to release Petitioner Luis Fernando Hernandez Urias (**A 245-968-289**) from custody immediately subject only to the conditions of his preexisting parole, and to return Petitioner's belongings and identification documents.

3. Respondents and their officers, agents, employees, attorneys, and persons acting on their behalf, in concert or in participation with them, are **PERMANENTLY ENJOINED** from re-detaining Petitioner without notice of the reasons for revocation of his release and a pre-deprivation hearing before a neutral immigration judge to determine whether detention is warranted. At such a hearing, the Department of Homeland Security shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight.

4. Respondents shall file a Notice of Compliance/Release with this Permanent Injunction on or before June 13, 2026.

**IT IS SO ORDERED.**

Date:  June 10, 2026

_____
John A. Kronstadt
United States District Judge

2